**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MARCHITA CUNNINGHAM,

    Plaintiff,

    v.                                     Case No.: 3:09-cv-259-RV-EMT

SELECT SPECIALITY HOSPITAL -
PENSACOLA, INC.,

    Defendant.
_____/

## **ORDER**

    This case is scheduled for jury trial beginning next week, on August 9, 2010. In response to an informal request by one of the attorneys, and pursuant to Section X of this district's Plan for the Random Selection of Grand and Petit Jurors, the attorneys may contact the Clerk of Court who is hereby authorized to provide the attorneys with access to the jury information contained on the Northern District of Florida "Persons Attending List" form (redacted as appropriate).

    DONE AND ORDERED this 5th day of August, 2010.

                                            */s/Roger Vinson*
                                            **ROGER VINSON
                                            Senior United States District Judge**